# JONATHAN SAVELLA

ATTORNEY AT LAW
40 Exchange Place, Ste. 1800
New York, NY 10005

646-801-2184                                          jon@jonathansavella.com

June 19, 2025

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

*[signature]*

**Paul G. Gardephe, U.S.D.J.**

Dated: June 20, 2025

**BY ECF**
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *United States v. Marcelo Quiroga*, 22-cr-20 (PGG)

Dear Judge Gardephe:

Defendant Marcelo Quiroga respectfully requests that his bail conditions be modified to permit him to travel to Montclair, New Jersey on July 5, 2025, for an Independence Day barbeque. He would return to New York City on July 6.

Neither the government nor Pretrial-Services objects to the proposed modification.

Respectfully,

*[signature]*

Jonathan Savella

cc:  All counsel (via ECF)