UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

MARCELO QUIROGA,

Defendant.

**ORDER**

22 Cr. 20 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

A conference will take place in this matter on **May 14, 2026, at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

As discussed at today's conference, the Defendant's sentencing has been scheduled for August 18, 2026, at 10:00 a.m. Any submissions on behalf of the Defendant are due on **August 4, 2026.** The Government's sentencing submission is due **August 11, 2026.**

Dated: May 7, 2026
New York, New York

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge